**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 118 WM 2019
:
Respondent :
:
:
:
v. :
:
:
:
ERIK CARLTON ANDERSON, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of March, 2020, the Petition for Allowance of Appeal, treated as a Petition for Review, is DENIED.